DEFENDANT: JESUS ADRIAN PADILLA-ECHEVERRIA

YOB: 1988

ADDRESS (CITY/STATE): Colorado Springs, CO

OFFENSE(S):
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)   Distribution and possession with intent to distribute narcotics
21 U.S.C. § 846                        Conspiracy to distribute narcotics

LOCATION OF OFFENSE (COUNTY/STATE): El Paso County, CO

PENALTY: NLT 10 years' imprisonment; NMT life imprisonment; NMT $10,000,000 fine; NLT 5 years' SR; NMT life SR; $100 SA

AGENT: SA Jason Del Toro, DEA

AUTHORIZED BY: Andrea Surratt
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__x__ five days or less      _____ over five days      _____ other

THE GOVERNMENT

__x__ will seek detention in this case      _____ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:      _____ Yes      __x__ No

4