AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>JESUS ADRIAN PADILLA-ECHEVERRIA<br>*Defendant* | ) ) ) ) ) Case No. 19-mj-00109-NRN |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JESUS ADRIAN PADILLA-ECHEVERRIA                                            ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☑ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) and (b)(1)(A)    Distribution and possession with intent to distribute narcotics
21 U.S.C. § 846                                      Conspiracy to distribute narcotics

Date: 04/26/2019

*Issuing officer's signature*

City and state:   Denver, Colorado

Magistrate Judge N. Reid Neureiter
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*