IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-mj-00109-NRN

UNITED STATES OF AMERICA,

Plaintiff,

v

2. **JESUS ADRIAN PADILLA-ECHEVERRIA**

Defendant.

---

### NOTICE OF ATTORNEY APPEARANCE AS COUNSEL FOR THE DEFENDANT

---

NOW COMES, Scott Poland of Poland and Wheeler, P.C., and hereby enters his appearance on behalf of the defendant, Jesus Adrian Padilla-Echeverria. All future notices and hearing dates should be directed to Scott T. Poland.

Respectfully submitted this 6th day of May 2019,

>Scott Poland
>ATTORNEY AT LAW
>BY: *s/Scott Poland*
>The Law Offices of Poland & Wheeler, PC
>215 S. Wadsworth Blvd., Suite 500
>Lakewood, CO 80226
>Phone 303-969-8300
>Fax 303-986-4857
>e-mail: scottpoland@qwestoffice.net

1

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 6th, 2019 I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

       Scott Poland
ATTORNEY AT LAW
BY: *s/Scott Poland*
The Law Offices of Poland & Wheeler, PC
215 S. Wadsworth Blvd., Suite 500
Lakewood, CO 80226
Phone 303-969-8300
Fax 303-986-4857
e-mail: scottpoland@qwestoffice.net

2